# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FRANKLIN L. WILLIAMS,　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　Petitioner,　　　　*　　　CIVIL ACTION NO.: 5:16-cv-1
　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
WARDEN, F.S.L. JESUP,　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　Respondent.　　　　*

## ORDER

Presently before the Court is the Magistrate Judge's May 16, 2016, Report and Recommendation, dkt. no. 8, to which Petitioner Franklin Williams ("Williams") has filed a Motion to Amend for Relief, dkt. no. 11, and Objections to the Magistrate Judge's Report and Recommendation, dkt. no. 10. Williams also filed a second Motion to Proceed *in Forma Pauperis*. Dkt. No. 11.

After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Williams' Objections. In addition, the Court **DENIES** Williams' Motion to Amend and Motion to Proceed *in Forma Pauperis*. Consequently, the Court **DISMISSES** Williams' Petition

for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Williams leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

    **SO ORDERED**, this _____ day of _____, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA